**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Farley Thomas, III,<br>Plaintiff(s),<br>vs.<br>Systems & Services Technologies Inc,<br>Defendant(s). | 2:25-cv-01945-CDS-MDC<br>**ORDER** |

Plaintiff filed a *Motion for Extension of Time* ("Motion")(ECF No. 10) which asks for additional time to pay the filing fee. Plaintiff states that he can pay $150.00 now and needs an additional 30 days to pay the $255.00 balance due to financial hardship. Plaintiff has shown good cause to support the requested extension and the Court **GRANTS** his Motion. However, to accommodate plaintiff's request and because a single payment is preferred, the Court will extend plaintiff until October 2, 2026, to either pay the full $405 filing fee, or he may elect to file an amended in forma pauperis application that complies with the Court's 06/26/26 Order (ECF No. 9).

//

//

**IT IS ORDERED** that:

1. Plaintiff's *Motion for Extension of Time* (ECF No. 10) is **GRANTED.**
2. Plaintiff has until **October 2, 2026**, to either (1) file the long form application to proceed in forma pauperis as specified in the Court's 06/26/26 Order (ECF No. 9) or (2) plaintiff must pay the full fee for filing a civil action in a single payment.
3. Failure to timely comply with this Order may result in a recommendation that this case be dismissed with prejudice.

DATED: August 27, 2026

Maximiliano D. Couvillier III
United States Magistrate Judge

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon

each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel.

**Failure to comply with this rule may result in dismissal of the action.**